PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joaquin Garcia                                            Cr.: 06-CR-622-01

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

Date of Original Sentence: 12/13/06

Original Offense: Theft of Interstate Shipment, 18 U.S.C. 659 and 2

Original Sentence: Twenty-four (24) months custody; three (3) years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/10/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

"The defendant shall pay restitution at the rate of $50.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."

## CAUSE

As evidenced in correspondence dated October 16, 2007, received from Southern District of Florida U.S. Probation Officer Karen Howard, and Probation Form 49 (Waiver of Hearing to Modify Conditions of Supervised Release) signed by the offender, requesting the Court's consideration to set forth in an order the agreed upon monthly payment schedule.

Respectfully submitted,

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 11/15/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Nov. 28, 2007
Date